UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40041 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| ANTHONY JAMES BERST, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Anthony James Berst.

Between September 7, 2020, and January 6, 2021, I used a Snapchat account to upload files containing child pornography, that is, files showing minors engaged in sexually explicit conduct. I also downloaded files that contained child pornography from the internet on to my cell phone and laptop.

I admit to knowingly have received digital files that depicted child pornography that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All of my actions were in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

The defendant further stipulates and agrees that the following property was used or intended to be used in the commission of the offense described above:

1. a ZTE Z839 cellular phone with Serial Number # 320487187839; and

2. an Asus Eeepc 1005PEB Laptop computer with Serial Number # 5VCBF0MG.

DENNIS R. HOLMES
Acting United States Attorney

July 27, 2021
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2351
Facsimile: (605) 330-4410
E-Mail: Jeff.Clapper@usdoj.gov

7-22-21
Date

Anthony James Berst
Defendant

7-22-21
Date

Matthew M. Powers
Attorney for Defendant